IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LEWIS MCCREE, #54012                                                   PETITIONER

VERSUS                               CIVIL ACTION NO. 1:10-cv-155-HSO-JMR

STATE OF MISSISSIPPI                                         RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 10th day of September, 2010.

                                                    *s/ Halil Suleyman Ozerden*
                                                    HALIL SULEYMAN OZERDEN
                                                    UNITED STATES DISTRICT JUDGE